IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **CITIZENS DEFENDING, FREEDOM**, *et al.*, § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 4:24-cv-00585-O |
| § | |
| **ARLINGTON INDEPENDENT SCHOOL DISTRICT**, *et al.*, § § § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Arlington Independent School District ("AISD")'s Motion for Attorney Fees (ECF No. 84) is **GRANTED,** and Plaintiffs shall pay $7,393.00 to AISD.

**SO ORDERED** on this **20th day** of **February 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**